**Jason SAUNDERS, Plaintiff—Appellant,**

v.

**J W FAIRMAN, Jr.; et al., Defendants—Appellees.**

**No. 05-15299.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Jason Saunders, Coalinga, CA, pro se.

Constance L. Picciano, Esq., Sacramento, CA, for Defendants-Appellees.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

**MEMORANDUM** **

California state prisoner Jason Saunders appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action. We dismiss the appeal.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

On February 4, 2005, the district court dismissed Saunders's action for failure to follow the court's order to effect service. On February 9, 2005, Saunders filed a notice of appeal. On August 29, 2006, the district court granted Saunders's motion for reconsideration, and vacated its order of February 4, 2005. Therefore, there is no longer a final decision to review. *See* 28 U.S.C. § 1291.

**DISMISSED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.